TRUMP TIGHT, LLC, d/b/a Trump Restaurant, and Lounge, Plaintiff-Appellant,

v.

Raymond R. BELL; Vincent B. Givens, Defendants-Appellees.

No. 16-1697

United States Court of Appeals, Fourth Circuit.

Submitted: April 13, 2017

Decided: May 4, 2017

Andrew T. Bodoh, THOMAS H. ROBERTS & ASSOCIATES PC, Richmond, Virginia, for Appellant.

Carlene Booth Johnson, PERRY LAW FIRM, Dillwyn, Virginia; William F. Etherington, Leslie A. Winneberger, BEALE, DAVIDSON, ETHERINGTON & MORRIS, P.C., Richmond, Virginia, for Appellees.

Before MOTZ, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trump Tight, LLC, appeals the district court's order and judgment granting Defendants' motion to dismiss based on qualified immunity. We have reviewed the parties' briefs and the record on appeal and

find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Trump Tight, LLC v. Bell*, 188 F.Supp.3d 565 (E.D. Va. May 18, 2016). We deny as moot Appellees' motion for leave to file supplemental material. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*